JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EGAL SHAHBAZ,<br><br>    Plaintiff,<br><br>v.<br><br>VENTURA TAFT PARTNERS LP;<br>RALPHS GROCERY COMPANY;<br>THE KROGER CO., and DOES 1-10,<br><br>    Defendants. | Case No. 2:18-cv-10231-MWF-MAA<br>Hon. Michael W. Fitzgerald<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:    October 23, 2018<br>Trial Date:    None Set |

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated September 6, 2019

Honorable Michael W. Fitzgerald
United States District Court Judge